**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MICHAEL LYN JONES,
ADC #105386**                                                                                              **PLAINTIFF**

**V.**                          **CASE NO. 5:17-CV-283-KGB-BD**

**NWANNEM OBI-OKOYE**                                                                      **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to District Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection.

Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

On November 1, 2017, Plaintiff Michael Lyn Jones, an Arkansas Department of Correction ("ADC") inmate, filed this case without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Mr. Jones claimed that he was not provided appropriate care for his diabetes.

Mr. Jones did not file a motion to proceed *in forma pauperis* ("IFP") and did not

pay a filing fee when he filed his complaint. Because of his litigation history, Mr. Jones is not eligible for IFP status in federal court, absent an allegation that he is in imminent danger of serious physical injury.[1] He did not plead facts indicating imminent danger of physical injury.

The Court ordered Mr. Jones to pay the $400 filing fee within thirty days of November 6, 2017, or risk dismissal of his claims, without prejudice. (#2) To date, Mr. Jones has not paid the filing fee, as required in the Court's November 6, 2017 Order, and the time for doing so has passed.

## III. Conclusion:

The Court recommends that Mr. Jones's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's November 6, 2017 Order requiring him to pay the filing fee.

DATED this 7th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Jones for purposes of determining eligibility for IFP status: *Jones v. Terrell*, E.D. Ark. Case No. 5:05cv69-GH; *Jones v. Correctional Medical Service*, E.D. Ark. Case No. 1:05cv33-JMM; *Jones v. Henry,* et al., E.D. Ark. Case No. 1:05cv34-JMM.