**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MICHAEL LYN JONES**
**ADC # 105386**                                                            **PLAINTIFF**

**v.**                              **Case No. 5:17-cv-00283-KGB-BD**

**NWANNEM OBI-OKOYE**                                                **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 3). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects. Plaintiff Michael Lyn Jones' complaint is hereby dismissed without prejudice for failure to comply with this Court's prior order (Dkt. No. 1).

So ordered this 16th day of May, 2018.

Kristine G. Baker
United States District Judge