IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL LYN JONES
ADC # 105386                                                                                    PLAINTIFF

v.                       Case No. 5:17-cv-00283-KGB-BD

NWANNEM OBI-OKOYE                                                                       DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 16th day of May, 2018.

_____
Kristine G. Baker
United States District Judge